# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT EXPORT COMPANY, a corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRITISH AIRWAYS PLC, a foreign corporation; and DOES ONE through TEN,<br><br>　　　　　　　Defendants. | Case No. CV 14-07859-JEM<br><br>**J U D G M E N T** |

　　　In accordance with the Memorandum Opinion and Order Re Summary Judgment filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that judgment shall be entered in favor of Plaintiffs in the amount of $13,897.75 plus costs and prejudgment interest. The action is dismissed with prejudice.

　　　IT IS SO ADJUDGED.


DATED: June 16, 2016　　　　　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE